**UNITED STATES of America, Plaintiff-Appellee, v. Solomon HABERMAN, Defendant-Appellant.**

No. 213.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1946.

A. Edward Markowitz, of Jamaica, N. Y., for appellant.

Vine H. Smith, of Brooklyn, N. Y. (J. Vincent Keogh, U. S. Atty., and Matthew

**304**

F. Fagan, Asst. U. S. Atty., both of Brooklyn, N. Y., of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.